No. 87–6062. STINCER *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 87–6074. ROBINSON *v.* AMTRAK RAILROAD CORPORATION ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–6092. RODRIGUEZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 87–6110. SHIFLET *v.* LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–6115. CARLIN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–6139. HUNTER *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 87–6216. MARRERO *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 87–6231. CASSELL *v.* MOUNT JOY MENNONITE CHURCH ET AL. Sup. Ct. Pa. Certiorari denied.

No. 87–6232. CASSELL *v.* CHARLES. Sup. Ct. Pa. Certiorari denied.

No. 87–6241. DRAPER *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 87–6243. DEERING *v.* MEESE, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–6244. DEERING *v.* GEORGIA ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–6250. PUSHARD *v.* RUSSELL. C. A. 1st Cir. Certiorari denied.

No. 87–6251. MCNEIL *v.* LOWNEY ET AL. C. A. 7th Cir. Certiorari denied.